# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



November 23, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

### RE: APPELAS COURT CAUSE 03-15-00649-CV AND 03-15-00650-CV
### DISTRICT COURT CAUSE D-1-GN-15-001711

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-15-001711 and Court of Appeals number 03-15-00649-CV AND 03-15-00650-CV, styled, JERMAINE HOPKINS V MARC OTT ET AL, is due in your office November 23, 2015. This office has not received payment or a designation of clerk's record as of today, November 23, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309


| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |